UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| SAMUEL BOYD, | ) | |
|      Plaintiff, | ) | |
| | ) | |
|    vs. | ) | 1:06-cv-1631-RLY-TAB |
| | ) | |
| ALLISON TRANSMISSION, A DIVISION | ) | |
| OF GENERAL MOTORS | ) | |
| CORPORATION, | ) | |
|      Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the court is Defendant's Motion for Summary Judgment on Plaintiff's

hostile work environment and race and age discrimination claims.  The court, having read

and reviewed the Defendant's motion, the supporting and opposing briefs, the designated

evidence, and the applicable law, now finds the motion should be **GRANTED**.  Plaintiff

submitted no evidence that he was treated less favorably than other similarly-situated

individuals not in the protected class, a necessary element of his race and age

discrimination claims.  *See Grayson v. O'Neill*, 308 F.3d 808, 817-18 (7th Cir. 2002);

*Flores v. Preferred Tech. Group*, 182 F.3d 512, 515 (7th Cir. 1999); *Bragg v. Navistar*

*Int'l Transp. Corp.*, 64 F.3d 373, 376 (7th Cir. 1998).  Moreover, Plaintiff submitted no

evidence in support of his hostile work environment claims, except to argue that he

received disciplinary action on eight (8) different occasions from 2004 to February 2006.

This evidence, standing alone, is insufficient to show that this alleged "harassment" was

"'so severe or pervasive as to alter the conditions of h[is] employment and create an abusive working environment.'"  *See Whittaker v. Northern Illinois Univ.*, 424 F.3d 640, 645 (7th Cir. 2005) (quoting *Wyninger v. New Venture Gear, Inc.*, 361 F.3d 965, 975 (7th Cir. 2004)) (a plaintiff alleging a hostile work environment claim must show that his working environment was sufficiently severe or pervasive as to alter the conditions of employment and create an abusive working environment).  Accordingly, Defendant's Motion for Summary Judgment (Docket # 25) is **GRANTED**.

**SO ORDERED** this  8th  day of February 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Heather Renee Hamilton Gill
LATHROP & GAGE LC
hgill@lathropgage.com

Kenneth E. Lauter
HASKIN LAUTER  & LARUE
klauter@hlllaw.com

Meghan Uzzi Lehner
HASKIN LAUTER  & LARUE
mlehner@hllglaw.com