UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMUEL BOYD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 1:06-cv-1631-RLY-TAB |
| | ) | |
| ALLISON TRANSMISSION, A DIVISION | ) | |
| OF GENERAL MOTORS | ) | |
| CORPORATION, | ) | |
|     Defendant. | ) | |

# FINAL JUDGMENT

Comes now the court, having this day **GRANTED** Defendant's Motion for Summary Judgment, and enters final judgment in its favor, and against the Plaintiff herein, Samuel Boyd.

**SO ORDERED** this  8th  day of February 2008.

                                                                          _____
                                                                           RICHARD L. YOUNG, JUDGE
                                                                           United States District Court
                                                                           Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Heather Renee Hamilton Gill
LATHROP & GAGE LC
hgill@lathropgage.com

Kenneth E. Lauter
HASKIN LAUTER & LARUE
klauter@hlllaw.com

Meghan Uzzi Lehner
HASKIN LAUTER & LARUE
mlehner@hllglaw.com